## Frank A. Henning v. Jacob Probst.

1. EXCESSIVE DAMAGES—*Remittitur.*—Where the damages allowed
by a jury are excessive, a remittitur is proper as to the excess.

Trespass Vi et Armis.—Appeal from the Circuit Court of Kendall
County; the Hon. CLARK W. UPTON, Judge, presiding.  Heard in this
court at the May term, 1896.  Affirmed.  Opinion filed July 30, 1896.

HALL & HAIGHT, attorneys for appellant.

BENJ. F. HERRINGTON, attorney for appellee.

OPINION PER CURIAM.

This is an appeal from a judgment in favor of appellee
for $863.75, recovered against appellant in an action of tres-
pass *vi et armis.*

There was a conflict in the testimony as to the manner in
which the assault was made, as to the provocation and as to
the extent of violence used; but there is no question as to
the defendant making the assault, and that such assault was
without sufficient provocation.

There is some question as to the accuracy of the plaint-
iff's third instruction, but we do not regard it as material.
Nor for the giving of that would we feel justified in revers-
ing the judgment.   There was no error committed in re-
fusing instructions.

We think the damages allowed by the jury excessive, but
as appellee has entered a remittitur for $400 we affirm the
judgment for $463.73, and direct the clerk to tax against
appellee the costs of this court.       .